UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Salahudin Ash-Shaheed

    v.                               Case No. 19-cv-1037-JL

Irina Vaintrub, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 1, 2020.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: July 20, 2020

cc:   Salahudin Ash-Shaheed, pro se